**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-2016**

_____

In Re:  STEVEN C. STERLING,

             Debtor.

-----------------------------------

STEVEN C. STERLING; LAURA M. STERLING,

             Appellants,

        v.

LAWRENCE L. ROSEN,

             Appellee,

        and

HERBERT BESKINS,

             Trustee-Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  Norman K. Moon, District
Judge.  (3:07-cv-00039-nkm)

_____

Submitted:  April 24, 2008          Decided:  April 28, 2008

_____

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Steven C. Sterling, Laura M. Sterling, Appellants Pro Se.  Charles Albert Price, CREGGER & LAZARUS, Annandale, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven C. Sterling and Laura M. Sterling appeal from the district court's order affirming the bankruptcy court's order lifting the automatic stay with respect to his residence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sterling v. Beskins</u>, No. 3:07-cr-00039-nkm (W.D. Va. Oct. 4, 2007). We deny the Appellants' motion for preparation of a transcript at government expense, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>